UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                    Case No. 16-mc-32 (PAM/HB)

             Petitioner,

v.                                                                          **ORDER**

Mark Roskop,

             Respondent.

_____

This matter is before the Court on the July 28, 2016, Report and Recommendation ("R&R") of Magistrate Judge Hildy Bowbeer (Docket No. 8).  No objections have been filed in the time period permitted.  The Court therefore adopts the R&R.

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Report and Recommendation (Docket No. 8) is **ADOPTED**;

2. The United States of America's Petition to Enforce Internal Revenue Service Summonses (Docket No. 1) is **GRANTED**;

3. Respondent Mark Roskop shall fully comply with the summonses issued on May 15, 2015, attached as Exhibits A and B to the Declaration of Revenue Office Cynthia Vaughn, with the modification that the date range for the second summons (Vaughn Decl. Ex. B) is January 1, 2016, to the present;

4. The United States' request to recover its costs in maintaining this action is **GRANTED**; and

5. The United States, should it elect to pursue such costs, shall submit a bill of costs

so that the Clerk of Court may make a proper determination of the amount of costs

to be awarded.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:   August 17, 2016

 s/Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge